# Notice Recipients

District/Off: 0970−4         User: olmansonk         Date Created: 10/20/2016
Case: 4:16−bk−06453−SHG      Form ID: 318            Total: 20

**Recipients of Notice of Electronic Filing:**
tr          TRUDY A. NOWAK          trustee@tanowak.com

                                                                                  TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          JESSICA MARIE REED          8021 E CALLE NAVARRETE          TUCSON, AZ 85715
smg         AZ DEPARTMENT OF REVENUE          BANKRUPTCY & LITIGATION          1600 W. MONROE, 7TH FL.          PHOENIX, AZ 85007−2650
14106704    Byl Collection Service          301 Lacey St          West Chester PA 19382
14106705    Cavalry Portfolio Serv          Po Box 27288          Tempe AZ 85285
14106706    Commonwealth Financial          245 Main St.          Dickson City PA 18519
14106707    Convergent Outsourcing          800 Sw 39th Street          Renton WA 98057
14106708    Credit Protection Assoc          13355 Noel Rd Ste 2100          Dallas TX 75240
14106709    Dept Of Ed/navient          Po Box 9635          Wilkes Barr PA 18773
14106710    Ecmc          1 Imation Pl          Oakdale MN 55128
14106711    First Premier Bank          601 S Minnesota Ave          Sioux Falls SD 57104
14106712    Global Receivables Sol          2703 N Highway 75          Sherman TX 75090
14106713    Kenneth Eisen & Assoc          777 E Missouri Ave Ste 3          AZ 85014
14106714    Navient          Po Box 9500          Wiles−barr PA 18773
14106715    Pinnacle Credit Servic          Po Box 640          Hopkins MN 55434
14106716    Portfolio Recovery Ass          120 Corporate Blvd Ste 1          Norfolk VA 23502
14106717    Rash Curtis & Associat          190 S Orchard Ave Ste A2          Vacaville CA 95688
14106718    Rgs Financial          1700 jay Ell Dr Ste 200          Richardson TX 75081
14106719    SIm Financial Corp          11100 Usa Pkwy          Fishers IN 46037
14121536    Southwest Gas Corporation          PO Box 1498 − attn Bankruptcy Desk          Victorville, CA 92393−1498

                                                                                  TOTAL: 19