```
                             United States Bankruptcy Court
                                   District of Arizona
In re:                                                        Case No. 16-06453-SHG
JESSICA MARIE REED                                            Chapter 7
       Debtor                    CERTIFICATE OF NOTICE
```

# CERTIFICATE OF NOTICE

District/off: 0970-4          User: olmansonk          Page 1 of 1              Date Rcvd: Oct 20, 2016
                              Form ID: 318             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
```
db            +JESSICA MARIE REED,    8021 E CALLE NAVARRETE,     TUCSON, AZ 85715-5131
14106704      +Byl Collection Service,    301 Lacey St,    West Chester PA 19382-3727
14106706      +Commonwealth Financial,    245 Main St.,    Dickson City PA 18519-1641
14106710     #+Ecmc,   1 Imation Pl,    Oakdale MN 55128-3422
14106712      +Global Receivables Sol,    2703 N Highway 75,    Sherman TX 75090-2567
14106713      +Kenneth Eisen & Assoc,    777 E Missouri Ave Ste 3,    AZ 85014-2830
14106717      +Rash Curtis & Associat,    190 S Orchard Ave Ste A2,    Vacaville CA 95688-3645
14106719      +SIm Financial Corp,    11100 Usa Pkwy,    Fishers IN 46037-9203
14121536       Southwest Gas Corporation,    PO Box 1498 - attn Bankruptcy Desk,    Victorville, CA 92393-1498
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: AZDEPREV.COM Oct 20 2016 23:38:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
14106705      +E-mail/Text: bankruptcy@cavps.com Oct 21 2016 00:01:21      Cavalry Portfolio Serv,
               Po Box 27288,    Tempe AZ 85285-7288
14106707      +EDI: CONVERGENT.COM Oct 20 2016 23:38:00      Convergent Outsourcing,    800 Sw 39th Street,
               Renton WA 98057-4975
14106708      +EDI: CREDPROT.COM Oct 20 2016 23:38:00      Credit Protection Assoc,    13355 Noel Rd Ste 2100,
               Dallas TX 75240-6837
14106709      +EDI: NAVIENTFKASMDOE.COM Oct 20 2016 23:38:00      Dept Of Ed/navient,    Po Box 9635,
               Wilkes Barr PA 18773-9635
14106711      +EDI: AMINFOFP.COM Oct 20 2016 23:38:00      First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls SD 57104-4868
14106714      +EDI: NAVIENTFKASMSERV.COM Oct 20 2016 23:38:00      Navient,    Po Box 9500,
               Wiles-barr PA 18773-9500
14106715      +EDI: RESURGENT.COM Oct 20 2016 23:38:00      Pinnacle Credit Servic,    Po Box 640,
               Hopkins MN 55343-0640
14106716      +EDI: PRA.COM Oct 20 2016 23:38:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
               Norfolk VA 23502-4952
14106718      +E-mail/Text: bk@rgsfinancial.com Oct 20 2016 23:59:24      Rgs Financial,
               1700 jay Ell Dr Ste 200,    Richardson TX 75081-6788
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
```
          TRUDY A. NOWAK    trustee@tanowak.com;TAN@Trustesolutions.net;dkw@tanowak.com;CTrish@bklaws.com
          U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                               TOTAL: 2
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **JESSICA MARIE REED** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–6212** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Arizona** | | |
| Case number:   **4:16–bk–06453–SHG** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

JESSICA MARIE REED
aka LEVARDI, aka SICKELBOWER

10/20/16

**By the court:** Scott H. Gan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318              **Order of Discharge**                        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**