# Notice Recipients

District/Off: 0970–4  User: learys  Date Created: 1/6/2017
Case: 4:16–bk–06453–SHG  Form ID: cla001  Total: 21

**Recipients of Notice of Electronic Filing:**
tr  TRUDY A. NOWAK  trustee@tanowak.com
aty  TRUDY 1 NOWAK  trustee@tanowak.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  JESSICA MARIE REED  8021 E CALLE NAVARRETE  TUCSON, AZ 85715
smg  AZ DEPARTMENT OF REVENUE  BANKRUPTCY & LITIGATION  1600 W. MONROE, 7TH FL.  PHOENIX, AZ 85007–2650
14106704  Byl Collection Service  301 Lacey St  West Chester PA 19382
14106705  Cavalry Portfolio Serv  Po Box 27288  Tempe AZ 85285
14106706  Commonwealth Financial  245 Main St.  Dickson City PA 18519
14106707  Convergent Outsourcing  800 Sw 39th Street  Renton WA 98057
14106708  Credit Protection Assoc  13355 Noel Rd Ste 2100  Dallas TX 75240
14106709  Dept Of Ed/navient  Po Box 9635  Wilkes Barr PA 18773
14106710  Ecmc  1 Imation Pl  Oakdale MN 55128
14106711  First Premier Bank  601 S Minnesota Ave  Sioux Falls SD 57104
14106712  Global Receivables Sol  2703 N Highway 75  Sherman TX 75090
14106713  Kenneth Eisen & Assoc  777 E Missouri Ave Ste 3  AZ 85014
14106714  Navient  Po Box 9500  Wiles–barr PA 18773
14106715  Pinnacle Credit Servic  Po Box 640  Hopkins MN 55434
14106716  Portfolio Recovery Ass  120 Corporate Blvd Ste 1  Norfolk VA 23502
14106717  Rash Curtis & Associat  190 S Orchard Ave Ste A2  Vacaville CA 95688
14106718  Rgs Financial  1700 jay Ell Dr Ste 200  Richardson TX 75081
14106719  SIm Financial Corp  11100 Usa Pkwy  Fishers IN 46037
14121536  Southwest Gas Corporation  PO Box 1498 – attn Bankruptcy Desk  Victorville, CA 92393–1498

TOTAL: 19